STATE v. LEWIS

No. 531P87.

Case below: 87 N.C. App. 178.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. McKNIGHT

No. 637P87.

Case below: 87 N.C. App. 458.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. MACK

No. 516P87.

Case below: 87 N.C. App. 24.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. MITCHELL

No. 608P87.

Case below: 87 N.C. App. 427.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. MOORE

No. 550P87.

Case below: 87 N.C. App. 156.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.